FILED
CLERK, U.S. DISTRICT COURT

FEB 14, 2018

CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>CERTIFIED CRANE SERVICES, INC., a California corporation,<br><br>　　　　Defendant. | CASE NO.: 2:17-cv-06577 VAP (JEMx)<br><br>Assigned to Honorable Virginia A. Phillips<br><br>**[JUDGMENT** |

1  This action having been commenced on September 7, 2017, and the Court having approved the stipulation for entry of judgment in favor of plaintiffs Trustees of the Southern California IBEW-NECA Pension Plan, et al., and against defendant Certified Crane Services, Inc., a California corporation, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

Plaintiffs TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA DEFINED CONTRIBUTION TRUST FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, and the LOS ANGELES ELECTRICAL WORKERS CREDIT UNION shall recover from defendant CERTIFIED CRANE SERVICES, INC., a California corporation, the principal amount of $55,953.46, together with pre-judgment and post-judgment interest at the rate of 8% per annum accruing from January 15, 2018, until the judgment is paid in full.

Dated: February 14, 2018

_____
VIRGINIA A. PHILLIPS
CHIEF U. S. DISTRICT JUDGE